**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **8:03CR17** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **CECILIO RODRIGUEZ-MARTINEZ,** | **)** | **ORDER** |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

Upon review of the court file,

**IT IS ORDERED:**

1. Defendant's "MOTION TO WITHDRAW DOCUMENT 50" (#53) is granted.

2. Defendant's Motion to Consolidate (#50) is deemed withdrawn.

**DATED July 25, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**