IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>                     )<br>    vs.   )<br>                     )<br>CECILIO RODRIGUEZ-MARTINEZ, )<br>                     )<br>            Defendant.  ) | 8:03CR17<br><br>ORDER |

Defendant Cecilio Rodriguez-Martinez appeared before the court on Thursday, July 28, 2005 on a Petition for Warrant or Summons for Offender Under Supervision [49]. The defendant was represented by the Federal Public Defender David R. Stickman and Assistant Federal Public Defender Carlos A. Monzon and the United States was represented by Assistant U.S. Attorney Christian A. Martinez. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The defendant was previously detained in 8:05CR153 (see pleading [19], therefore detention was not at issue.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:45 a.m. on October 13, 2005.** Defendant must be present in person.

2 The defendant, Cecilio Rodriguez-Martinez, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge